UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF THE STATE OF NEW YORK
-----------------------------------------------------------------------x
JOSE BAUTA,

                Plaintiff(s),

   -against-

GREYHOUND LINES, INC., SABRINA ANDERSON,
AKOS GUBICA, KAROLY GUBICA,

                Defendants.
-----------------------------------------------------------------------x

Docket No: 14 - 3725

**NOTICE OF REMOVAL**

To:   UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK

Defendants, GREYHOUND LINES, INC. and SABRINA ANDERSON by and through their attorneys, **HODGES WALSH MESSEMER & MOROKNEK, LLP**, states as follows:

1. Upon information and belief, plaintiff commenced a civil action under Index No.: 503738/14 in the Supreme Court of the State of New York, County of Kings.

2. Pursuant to the provisions of 28 U.S.C. 1441, et seq., the instant defendant removes this action to the United States District Court for the Eastern District of New York which is the judicial district in which the action is pending.

3. The ground for removal is diversity of citizenship of the parties and an amount in controversy exceeding the sum specified in 28 U.S.C. § 1322.

4. Upon information and belief the plaintiff is a resident of the State of New York.

5. The defendant Greyhound is a foreign Corporation with an office and principal place of business in the state of Texas.

6. There is diversity of citizenship between the parties, as they are citizens of different states. Defendants Akos Gubica and Karoly Gubica are residents of Monroe Township, New Jersey.

7. The amount in controversy exceeds $75,000.00 exclusive of interest and costs. Plaintiff's Complaint (Exhibit "A") at page 26 alleges damages in the amount of $65 Million Dollars thereby exceeding the jurisdictional limitation of the lower courts.

8. This case is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court pursuant to the provision of 28 U.S.C. §1441and § 1446.

9. Pursuant to the requirements of 28 U.S.C. § 1446, this Notice of Removal is timely filed within 30 days of the defendant's receipt of service of plaintiff's Summons and Complaint which was received by Defendants on May 22, 2014.

10. All state court papers served on and by the defendant at the time of removal, are attached hereto as follows: **Exhibit "A"** Plaintiff's Summons dated April 28, 2014 and plaintiff's complaint dated April 28, 2014.

11. A copy of this Notice of Removal shall be served upon counsel for all parties and filed with the Supreme Court of the State of New York, County of Kings, pursuant to the requirements of 28 U.S.C. § 1446.

**WHEREFORE**, the defendant, Greyhound, respectfully request that the instant action be removed to this Court from the Supreme Court of the State of New York; that this Court accepts jurisdiction of this action; and that this action

be placed on the docket of this Court for all further proceedings, as though this action had been originally instituted in this Court.

**PLEASE TAKE FURTHER NOTICE THAT** the defendant, Greyhound respectfully requests a trial by jury of this action pursuant to Fed. R. Civ. P. 38(d) and L.R. 38.1 and 81.3.

DATED: White Plains, New York
June 12, 2014

        HODGES WALSH MESSEMER & MOROKNEK LLP

        By: _____
        Harold L. Moroknek, Esq.- (2158)
        Greyhound Lines, Inc. and
        Sabrina Anderson
        55 Church Street – Suite 211
        White Plains, N.Y. 10601
        (914) 385-6000
        hmoroknek@hwslaw.com

TO: DOUGLAS M. COLBERT, ESQ.
Attorneys for Plaintiff - Jose Bauta
60 East 42nd Street, Suite 2515
New York, New York 10065
(212) 736-1770
File No.: 06-278