UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JOSE BAUTA,

                                                    Docket No: 14-3725 (FB) (RER)

                       Plaintiff,            **PLAINTIFF'S REQUESTS**
                                                    **FOR CHARGE AND JURY**
            -against-                      **INSTRUCTIONS**

GREYHOUND LINES INC., SABRINA ANDERSON,
AKOS GUBICA, KAROLY GUBICA, and
CAV ENTERPRISE LLC,

                       Defendants.
-------------------------------------------------------------------------X

**PLAINTIFF'S REQUESTS FOR CHARGE AND JURY INSTRUCTIONS**

      Plaintiff, JOSE BAUTA ("Plaintiff") hereby submits his requests for charge and jury instructions:

**Introductory Charges: (Understanding From the Rules the Court May Use its Own)**

PJI 1:20 Introduction
PJI 1:21 Review Principles Stated
PJI 1:22 Falsus in Uno
PJI 1:24 Return to Courtroom
PJI 1:25 Consider Testimony/Exhibits
PJI 1:27 Exclude Sympathy
PJI 1:28 Conclusion
PJI 1:29 Alternate Jurors
PJI 1:36 Impartiality
PJI 1:37 Jury Function
PJI 1:38 Court's Function
PJI 1:39 No Inference from Rulings
PJI 1:40 Consider Only Competent Evidence
PJI 1:41 Weighing Testimony
[*PJI 1:60 General Instruction- Burden of Proof –
NOTE the Court should use this instead of PJI 1:23*]
PJI 1:70 Circumstantial Evidence
PJI 1:75 Failure to Produce Witness in General

**PJI 1:90 Expert Witnesses:**

PJI 1:91 General Instruction - Interested Witnesses – Generally
PJI 1:94 General Instruction - Use of Pre-Trial Deposition Upon Trial
PJI 1:97 Special Verdict-General Instruction
PJI 1:103 Note taking by Jurors

**Liability:**

*Special Instruction on Collateral Estoppel*: The Court has determined that Defendants Anderson and Greyhound were negligent and are 100% liable to Plaintiff for this accident

**Damages:**

| | |
|---|---|
| PJI 2:277 | Damages Generally |
| PJI 2:277A | Comments by Counsel |
| PJI 2:280 | Pain and Suffering |
| PJI 2:280.1 | Loss of Enjoyment of Life |
| PJI 2:280.2 | No Taxes |
| PJI 2:281 | Damages-Permanence-Future Life Expectancy Tables (41.4 years) |
| PJI 2:284 | Shock, Emotional Distress |
| PJI 2:285 | (Medical) Expenses Incurred |

Special Instruction required on PTSD Claim

**Punitive Damages:**

*Special Instruction*: The Court has determined that Defendants Anderson and Greyhound demonstrated outrageous and reckless conduct in causing this accident and are 100% liable for punitive damages to the Plaintiff in this case

**PLAINTIFF RESERVES THE RIGHT TO SUPPLEMENT THIS REQUEST FOR CHARGE UPON FURTHER REVIEW OF THE PJI AND MODEL INSTRUCTIONS AND IN CONSIDERING THE EVIDENCE THAT IS ADMITTED AT TRIAL**

Dated: April 5, 2018                     **MCELFISH LAW FIRM**

                                          /s/ Raymond McElfish_____
                                         By:    Raymond D. McElfish, Esq.
                                                Jamie Diamond, Esq.
                                                Counsel for Plaintiff
                                                JOSE BAUTA
                                                1112 N. Sherbourne Drive
                                                West Hollywood, CA 90069
                                                (310) 659-4900
                                                rmcelfish@mcelfishlaw.com

## CERTIFICATE OF SERVICE

      I Michelle Healy hereby certify that on April 6, 2018, the foregoing **PLAINTIFF'S REQUESTS FOR CHARGE AND JURY INSTRUCTIONS** were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon all counsel of record via ECF.  I hereby certify that I have served all counsel of record in the manner authorized by the Federal Rules of Civil Procedure 5(b)(2).

                                                    /s/ Michelle Healy