UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOSE BAUTA,

                                                    Docket No: 14-3725 (FB) (RER)

                Plaintiff,              **PLAINTIFF'S PROPOSED**
                                                      **SPECIAL VERDICT FORM**

        -against-

GREYHOUND LINES INC., SABRINA ANDERSON,
AKOS GUBICA, KAROLY GUBICA, and
CAV ENTERPRISE LLC,


                                       Defendants.
------------------------------------------------------------------------X

## PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

We the jury in the above entitled action, find the following special verdict on the questions submitted to us:

We answer the questions submitted to us as follows:

1. What are Plaintiff's total economic and non-economic damages?

    a.    Past economic loss, including lost medical expenses:

           $ _____

    b.    Future economic loss, including lost future medical expenses and life care expenses:

           $ _____

    c.    Past noneconomic loss, including physical pain/ mental suffering/loss of enjoyment of life/disfigurement/physical impairment/ inconvenience/grief/humiliation/ emotional distress:

    $ _____

    d.    Future noneconomic loss, including physical pain/ mental suffering/loss of enjoyment of life/disfigurement/physical impairment/ inconvenience/grief/humiliation/ emotional distress:

    $ _____

Total    $ _____

2. What are the punitive damages to be awarded against Greyhound?

Total    $ _____

Total Economic and Non-Economic Damages:    $_____

Total Punitive Damages:    $_____

Total Damages (Add them together)    $_____

Dated: _____    Signed: _____
    Presiding Juror

Dated: April 6, 2018    **MCELFISH LAW FIRM**

    /s/ Raymond McElfish_____
By:    Raymond D. McElfish, Esq.
    Jamie Diamond, Esq.
    Counsel for Plaintiff JOSE BAUTA
    1112 N. Sherbourne Drive
    West Hollywood, CA 90069
    (310) 659-4900
    rmcelfish@mcelfishlaw.com

## **CERTIFICATE OF SERVICE**

     I Michelle Healy hereby certify that on April 6, 2018, the foregoing **PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM** were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon all counsel of record via ECF.  I hereby certify that I have served all counsel of record in the manner authorized by the Federal Rules of Civil Procedure 5(b)(2).

                                               /s/ Michelle Healy