UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOSE BAUTA,

                                  Docket No: 14-3725 (FB) (RER)

                 Plaintiff,

                                **PLAINTIFF'S REQUESTS**
                                **FOR VOIR DIRE**
      -against-                     **QUESTIONS**

GREYHOUND LINES INC., SABRINA ANDERSON,
AKOS GUBICA, KAROLY GUBICA, and
CAV ENTERPRISE LLC,

                 Defendants.
------------------------------------------------------------------------X

**PLAINTIFF'S REQUESTS FOR VOIR DIRE QUESTIONS**

Plaintiff, JOSE BAUTA ("Plaintiff") hereby submits his requests for voir dire questions:

**A. Liability:**

1. Do you or anyone you know work for Greyhound Bus?

2. Do you or anyone you know have any friends or family that work at Greyhound or its subsidiaries?

3. Do you or anyone you know hold stock with Greyhound or any of their subsidiaries?

4. Do you or anyone you know have a negative or a positive opinion about Greyhound or a negative or positive experience that might affect your judgment in this case?

5. Do you or anyone you know drive a commercial vehicle such as a bus, truck, construction vehicle or other commercial vehicle?

6. Do you or anyone you know have a commercial license to operate a commercial vehicle?

7. Do you or anyone you know know Sabrina Anderson the Defendant bus driver from Cleveland, Ohio?

8. Do you or anyone you know have specialized training or skills with respect to the mechanics, operation or safety of a commercial motor vehicle?

B. **Compensatory Damages:**

1. What do you think of compensating for human losses?
2. Have you or anyone you know ever suffered an injury to any body part?
3. Have you or anyone you know suffered an injury that changed your way of life, prevented you from doing things you used to love to do?
4. Do you believe that an injury only affects a person's specific body part or that injury to that body part affects the entire person?
5. Since we cannot return a person's arm or back to them in the same condition, do you believe that monetary compensation is an appropriate way to compensate a person for their injuries?
6. Have you or anyone you know suffered a debilitating back or neck injury?
7. Have you or anyone you know suffered a debilitating concussion or head injury?
8. Have you or anyone you know sought medical care for a serious back, neck or head injury?
9. Have you or anyone you know sought medical care for a serious back surgery?
10. Have you ever had something valuable taken away from you and you cannot get it back?
11. Have you or anyone you know physically needed help to accomplish your daily activities?
12. Has anyone ever taken anything from you and then refused to return it to you?
13. Is the value of a human loss negotiable to you?
14. Do you believe that pain, discomfort, and loss of self-worth is something that should be compensated?
15. Is there any artificial limit to the amount of an award you would consider making?
16. Can you award future damages even though they may not yet be needed?
17. Can you award pain and suffering top of medical expenses if the evidence convinces you it is appropriate?
18. Have you ever suffered a headache so bad you cannot think or function?

19. Have you ever seen something that you can never forget?
20. Have you ever experienced or seen something that you constantly reminded of when you see or experience something similar?
21. Have you ever suffered nightmares and sleeplessness because of something you have seen or experienced?
22. Have you ever needed to take heavy medications due to severe pain for a long period of time?
23. Have you ever had pain so severe you cannot get out of bed or leave your house?

C. **Punitive Damages:**

1. Do you or anyone you know work where there are safety rules?
2. Do you believe that if safety rules exist they should be followed?
3. Do you believe that if safety rules are not followed, there can be consequences?
4. Do you believe if someone intentionally disregards a safety rule they should be punished?
5. Do you believe that if a safety rule is not followed it cease to exist as a safety rule?
6. Do you believe that the larger a corporate operation is the safer it should be?
7. Do you believe the more dangerous of an activity that a corporation engages in the safer the corporation should be?
8. Do you believe that the more money or profit a corporation makes the safer it should be?
9. Do any of you have an opinion on whether it is appropriate for a jury to punish parties for reckless conduct by awarding punitive damages?
10. Do you think that sometimes people simply make honest mistakes and really don't mean to cause harm?
11. Do you think that sometimes people really don't just make honest mistakes but they might do things with a bad motive to benefit themselves and in the process cause harm to others?
12. Do you think that sometimes, people do things to try to cheat other people out of money for their own benefit?

13. Do you think that as a society we ought to treat those two types of conduct differently? In other words, conduct which is an honest mistake that causes harm versus dishonest conduct that causes harm?

14. Should large corporations be accountable to the public they serve?

15. Should large corporations make a profit from their operations do everything within reason to make sure that operation is safe?

16. If corporations develop safety rules should they held to their own safety standards?

17. Is the public at large better served by responsible corporations that operate safely?

18. Should corporations observe safety statistics when considering the safety of their operation?

19. Have you ever been punished for your conduct? How did you feel about that?

20. Do you believe that corporations that act irresponsibly should be punished?

21. Do you believe that the punishment should be significant enough to deter the conduct?

22. Do you believe that an athlete who is valuable to the teams but commits violations should be suspended and have pay docked?

23. What kind of punishment do you believe would cause a large corporation to take notice and change policies to become safer and more responsible?

24. Are punishment damages an appropriate way to deter corporate conduct that is deemed dangerous or reckless or a concern for public safety?

**PLAINTIFF RESERVES THE RIGHT TO SUPPLEMENT THIS REQUEST FOR VOIR DIRE QUESTIONS UP TO AND INCLUDING THE TIME OF TRIAL**

Dated: April 6, 2018                                **MCELFISH LAW FIRM**

                                                 /s/ Raymond McElfish
                                                 By:  Raymond D. McElfish, Esq.
                                                      Jamie Diamond, Esq.
                                                      Counsel for Plaintiff JOSE BAUTA
                                                      1112 N. Sherbourne Drive
                                                      West Hollywood, CA 90069
                                                      (310) 659-4900
                                                      rmcelfish@mcelfishlaw.com

## CERTIFICATE OF SERVICE

      I Michelle Healy hereby certify that on April 6, 2018, the foregoing **PLAINTIFF'S REQUESTS FOR VOIR DIRE QUESTIONS** were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon all counsel of record via ECF.   I hereby certify that I have served all counsel of record in the manner authorized by the Federal Rules of Civil Procedure 5(b)(2).

                                                                    /s/ Michelle Healy