```
                                                              1568

 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - - X
 3   JOSE BAUTA,                   :  14-CV-03725(FB)(RER)
                                   :
 4        Plaintiff,               :
                                   :
 5      -against-                  :  United States Courthouse
                                   :  Brooklyn, New York
 6                                 :
                                   :
 7                                 :  Wednesday, May 9, 2018
     GREYHOUND LINES, INC.,        :  9:00 a.m.
 8   SABRINA ANDERSON, AKOS        :
     GUBICA, KAROLY GUBICA, AND    :
 9   CAV ENTERPRISE, LLC,          :
                                   :
10        Defendants.              :
     - - - - - - - - - - - - - - - X
11

12         TRANSCRIPT OF CIVIL CAUSE FOR JURY TRIAL
             BEFORE THE HONORABLE RAMON E. REYES
13        UNITED STATES MAGISTRATE JUDGE, AND A JURY

14
                      A P P E A R A N C E S:
15
     For the Plaintiffs:    McELFISH LAW FIRM, LLC
16                          Attorneys for the Plaintiff -
                            Jose Bauta
17                               122 East 42nd Street
                                 Suite 2100
18                               New York, New York 10168
                            BY:  Raymond D. McELFISH, ESQ.
19                               JAMIE DIAMOND, ESQ.

20
                            WAGSTAFF & CARTMELL, LLP
21                          Attorneys for the Plaintiff -
                            Jose Bauta
22                               3740 Grand Avenue
                                 Suite 300
23                               Kansas City, Missouri 64112
                            BY:  JONATHAN P. KIEFFER, ESQ.
24

25

                    SN      OCR      RPR
```

```
                                                         1797
```

# I N D E X

**WITNESS**                                                **PAGE**

ANDREW CASDEN, M.D.
    DIRECT EXAMINATION BY MR. McELFISH          1586
    CROSS-EXAMINATION BY MR. BARMEN             1650
    REDIRECT EXAMINATION BY MR. McELFISH        1673
    RECROSS EXAMINATION BY MR. BARMEN           1692
    REDIRECT EXAMINATION BY MR. McELFISH        1695

CHRIS VIGGIANO
    DIRECT EXAMINATION BY MR. KIEFFER           1697
    CROSS EXAMINATION BY MR. BARMEN             1718
    REDIRECT EXAMINATION BY MR. KIEFFER         1722

SEAN LANIGAN
    DIRECT EXAMINATION BY MR. KIEFFER           1724

MARIA Del CARMEN BAUTA
    DIRECT EXAMINATION BY MR. McELFISH          1730
    CROSS-EXAMINATION BY MR. BARMEN             1764

# E X H I B I T S

Defendant's Exhibit 412                                    1663