Court of Common Pleas of Philadelphia County
Trial Division - Civil
**TRIAL WORK SHEET**

| Judge's Name: | Judge's I.D.: | Signature: | | |
|---|---|---|---|---|
| **ANGELO FOGLIETTA** | J507 | | | |

| Caption: | | Case Type: | Program: |
|---|---|---|---|
| **BROWN ETAL VS GREYHOUND LINES, INC. ETAL** | | MOTOR VEHICLE ACCIDENT | MAJOR JURY-COMPLEX |

Court Term and Number:   If Consolidated, Court Term and Number:

**#1312-02598**          #1404-02946

| Trial Date: | | Total Amount: | Number of Days: | Disposition Date: | Date Sheet Prepared: |
|---|---|---|---|---|---|
| 27-MAY-2016 | X Jury<br>☐ Non-Jury | $4,475,000.00 | 33 | 22-JUL-2016 | 25-JUL-2016 |

Full Description of Disposition (to be entered Verbatim on the Docket)

Jury Verdict against defendant Greyhound Lines Inc. and Sabrina Anderson only. Jury found Greyhound Lines Inc. 45% at fault and Sabrina Anderson 55% at fault. Jury also found in favor of additional defendants Akos Gubica and CAV Enterprises LLC. The jury awarded Plaintiff, Faithlee Brown $125,000.00 in compensatory damages and $500,000.00 in punitive damages; Plaintiff, Elora Lincoski $2,500,000.00 in compensatory damages and $500,000.00 in punitive damages; and Plaintiff, Brandon Osborne $350,000.00 in compensatory damages and $500,000.00 in punitive damages. Punitive damages were against defendants Greyhound Lines Inc. and Sabrina Anderson only. Remaining Plaintiffs cases to be tried. Collateral Estoppel applies to future cases under this consolidated caption for all future cases.

| | | |
|---|---|---|
| ☐ Default Judgment/Court Ordered | ☐ Jury Verdict for Plaintiff | **X** Other (explain) |
| ☐ Directed Verdict | ☐ Jury Verdict for Defendant | Jury Verdict for Plaintiff - Partial Discontinuance. |
| ☐ Discontinuance Ordered | ☐ Mistrial | |
| ☐ Transferred to binding arbitration | ☐ Hung Jury | **COURT EXHIBIT NO. 15** |
| ☐ Finding for Defendant (Non-Jury) | ☐ Non-Pros entered | **EDNY, US DISTRICT** |
| ☐ Finding for Plaintiff (Non-Jury) | ☐ Non-Suit entered | **COURT** |
| ☐ Damages Assessed | ☐ Settled prior to assignment for trial (Team Leaders, only) | |
| ☐ Judgment entered by agreement | ☐ Settled after assignment for trial | Brown Etal Vs Greyhound-JVPPD |
| ☐ Judgment entered | ☐ prior to jury selection |  |
| ☐ Judgment satisfied | ☐ after jury sworn | 13120259850617 |

| | | |
|---|---|---|
| FAITHLEE BROWN, ELORA LENCOSKI, TATIANA LIAKH, BRANDON OSBORN | : | COURT OF COMMON PLEAS PHILADELPHIA COUNTY |
| v. | : | DECEMBER TERM 2013 |
| | : | NO. 02598 |
| GREYHOUND LINES, INC., and SABRINA ANDERSON | : | |
| v. | : | |
| AKOS GUBICA and CAV ENTERPRISES, LLC | : | |

## **VERDICT SHEET**

1. Do you find any of the following Defendants were negligent?

   Please answer as to each Defendant

   | Defendant | Yes | No |
   |---|---|---|
   | Greyhound Lines, Inc. | ✓ | |
   | Sabrina Anderson | ✓ | |
   | Akos Gubica | ✓ | |
   | CAV Enterprises, LLC | ✓ | |

   Please proceed to Question 2 only as to those Defendants that you answered YES to this Question. If you answer NO to all the Defendants, please return to the Courtroom.

2. Was the negligence of those Defendants you have found to be negligent in Question 1 a factual cause in bringing about the Plaintiffs' injuries?

   Only answer for those Defendants who you answered YES to in Question 1.

   | Defendant | Yes | No |
   |---|---|---|
   | Greyhound Lines, Inc. | ✓ | |
   | Sabrina Anderson | ✓ | |
   | Akos Gubica | | ✓ |
   | CAV Enterprises, LLC | | ✓ |

   Please proceed to Question 3 only as to those Defendants that you answered YES to this question. If you answer NO to all the Defendants included in this Question, please return to the Courtroom.

3. Taking the combined negligence that was a factual cause in bringing about the Plaintiffs' harm as 100 percent, what percentage of that causal negligence is attributable to each of the Defendants?

    (A)  Percentage of causal negligence attributable to Greyhound Lines, Inc.
(Answer only if you have answered "Yes" to Questions 1 and 2 as to this Defendant)         **45** %

    (B)  Percentage of causal negligence attributable to Sabrina Anderson
(Answer only if you have answered "Yes" to Questions 1 and 2 as to this Defendant)         **55** %

    (C)  Percentage of causal negligence attributable to Akos Gubica
(Answer only if you have answered "Yes" to Questions 1 and 2 as to this Defendant)         **0** %

    (D)  Percentage of causal negligence attributable to CAV Enterprises LLC
(Answer only if you have answered "Yes" to Questions 1 and 2 as to this Defendant)         **0** %

                                                      Total         100 %

Your total must equal 100% for Question 3.

Please proceed to Question 4.

4. State the amount of damages sustained by each of the Plaintiffs as a result of the occurrence.

Faithlee Brown      $ 125,000

Elora Lencoski     $ 2.5 mil

Tatiana Liakh      $ 75,000

Brandon Osborn     $ 350,000

Please proceed to the following Questions only as to the Defendants that you answered YES to in Questions 1 and 2.

5. Do you find the conduct of Defendant, Greyhound Lines, Inc. was outrageous, meaning malicious, wanton, willful, oppressive or showing reckless indifference to the interests of the Plaintiffs?

Yes ✓     No ____

6. Do you find the conduct of Defendant, Sabrina Anderson was outrageous, meaning malicious, wanton, willful, oppressive or showing reckless indifference to the interests of the Plaintiffs?

Yes ✓     No ____

7. Do you find the conduct of Defendant, Akos Gubica was outrageous, meaning malicious, wanton, willful, oppressive or showing reckless indifference to the interests of the Plaintiffs?

Yes ____     No ✓

8. Do you find the conduct of Defendant, CAV Enterprises, LLC was outrageous, meaning malicious, wanton, willful, oppressive or showing reckless indifference to the interests of the Plaintiffs?

    Yes_____   No ✓

Please proceed to Question 9 only if you answered YES to questions 5, 6, 7 or 8. If you did not answer YES to Questions 5, 6, 7 or 8, please stop and return to the Courtroom.

9. State the amount of punitive damages, if any, you award to the Plaintiffs as a result of the conduct you found was outrageous, meaning malicious, wanton, willful, oppressive or showing reckless indifference to the interests of the Plaintiffs.

    Faithlee Brown

    As to Greyhound Lines, Inc. and/or Sabrina Anderson

    $ 500,000

    As to Akos Gubica and/or CAV Enterprises, LLC

    $ ~~500,000~~ 0  *MCL*

    Elora Lencoski

    As to Greyhound Lines, Inc. and/or Sabrina Anderson

    $ 500,000

    As to Akos Gubica and/or CAV Enterprises, LLC

    $ 0

<u>Tatiana Liakh</u>

As to Greyhound Lines, Inc. and/or Sabrina Anderson

$ 500,000

As to Akos Gubica and/or CAV Enterprises, LLC

$ 0

<u>Brandon Osborn</u>

As to Greyhound Lines, Inc. and/or Sabrina Anderson

$ 500,000

As to Akos Gubica and/or CAV Enterprises, LLC

$ 0

Date: 7/25/2016                    Foreperson: [signature]