UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOSE BAUTA**,**

                             Plaintiff,                              **JUDGMENT**

              -against-                                   14–cv–3725 (RER)

GREYHOUND LINES INC. and
SABRINA ANDERSON,

                           Defendants.
-------------------------------------------------------X
**RAMON E. REYES, JR., U.S.M.J.**

       Whereas plaintiff Jose Bauta ("Bauta") commenced a negligence action in the Supreme Court, State of New York, Kings County, against defendants Greyhound Lines, Inc. ("Greyhound") and Sabrina Anderson ("Anderson") on April 28, 2014, seeking to recover compensatory and punitive damages for injuries sustained from a motor vehicle accident that occurred in Pennsylvania on October 9, 2013, and

       Whereas Greyhound and Anderson removed the state court action to this Court on June 12, 2014, and

       Whereas this Court granted collateral estoppel effect to the jury's findings of negligence and outrageous conduct sufficient to warrant the imposition of compensatory and punitive damages against Greyhound and Anderson in *Faithlee Brown, et. al v. Greyhound Lines, Inc., et. al*, 2:15-cv-05838-CDJ (Court of Common Pleas, Philadelphia Co., Pennsylvania), which involved the same October 9, 2013, motor vehicle accident, and in which Greyhound was found 45% at fault and Anderson was found 55% at fault, and

       Whereas the issues of the amount of compensatory and punitive damages were tried by a jury in this Court with United States Magistrate Judge Ramon E. Reyes, Jr. presiding by consent

of all parties pursuant to 28 U.S.C. § 636(c), and

Whereas the jury rendered special verdicts in favor of Bauta for $653,152.47 in past and future compensatory damages against Greyhound and Anderson, and $1,536,625 in punitive damages as against Greyhound, and $1,698,375 in punitive damages as against Anderson, and

Whereas on July 2, 2018, the Court reduced the jury's verdict for past compensatory damages to $461,086.92 pursuant to Section 4545 of the New York Civil Practice Law and Rules (see Dkt. No. 706), it is

**ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Jose Bauta and against Greyhound Lines, Inc. in the total amount of $1,744,114.11 ($207,489.11 for past and future compensatory damages and $1,536,625 for punitive damages), and against Sabrina Anderson in the total amount of $1,951,972.81 ($253,597.81 for past and future compensatory damages and $1,698,375 for punitive damages), and it is further

**ORDERED, ADJUDGED AND DECREED** that post-judgment interest is awarded on all of the foregoing pursuant to 28 U.S.C. § 1961.

DATED:   Brooklyn, New York
         July 3, 2018

*Ramon E. Reyes, Jr.*
**Ramon E. Reyes, Jr., U.S.M.J.**