IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| MARK D. SOBERAY, | ) CASE NO.: CV 13-817909 |
| Plaintiff, | ) |
| v. | ) JUDGE JOHN D. SUTULA. |
| GREYHOUND LINES, INC, et al., | ) **JURY VERDICT FOR PLAINTIFF MARK SOBERAY** |
| Defendants | ) |
| v. | ) |
| C.A.V. ENTERPRISES, LLC, et. al., | ) |
| Defendants. | ) |

The Jury in this matter, having been duly empanelled and sworn, finds in favor of Plaintiff, in the amount of $23,018,790 *, and against the following (check all that apply):

*The total should be the same on the total from Interrogatory # 5.

✓ Defendant Sabrina Anderson

✓ Defendant Greyhound Lines, Inc.

SIGNATURES:

1. _____  5. _[signature]_
2. _[signature]_  6. _[signature]_
3. _____  7. _[signature]_
4. _[signature]_  8. _[signature]_

(A TOTAL OF SIX OF EIGHT JURORS MUST SIGN)

6

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| MARK D. SOBERAY,<br>　　Plaintiff,<br>v.<br><br>GREYHOUND LINES, INC, et al.,<br>　　Defendants<br>v.<br><br>C.A.V. ENTERPRISES, LLC, et. al.,<br><br>　　Defendants. | CASE NO.: CV 13-817909<br><br>JUDGE JOHN D. SUTULA<br><br>**JURY INTERROGATORIES** |

## JURY INTERROGATORIES AND VERDICT FORMS
## TWO DEFENDANTS

You must decide whether the Defendants were negligent and whether that negligence was a factual cause of injury. I will now read you the questions on the verdict form that you must answer to arrive at a proper verdict:

### INTERROGATORY NO. 1

　　Do you find, by a preponderance of the evidence, that Defendant Sabrina Anderson/Greyhound Lines, Inc. was negligent (i.e., violated the highest duty of care required of a common carrier)?

☒ Yes　　　　　　　　　　☐ No

Six or more of those jurors so agreeing must sign below.

1. [signature]　　　　5. [signature]
2. [signature]　　　　6. [signature]
3. [signature]　　　　7. [signature]
4. [signature]　　　　8. [signature]

- If the Answer of six (6) or more Jurors to Interrogatory No. 1 is "Yes," proceed to Interrogatory No. 2.

- If the Answer of six (6) or more Jurors to Interrogatory No. 1 is "No," sign the Verdict Form in favor of the Defendant Sabrina Anderson and proceed to Interrogatory No. 3.

　　Only those who answered yes to Interrogatory No. 1 may participate in deciding Interrogatory No. 2.

1

<u>**ONLY THOSE WHO ANSWERED YES TO INTERROGATORY #1 MAY PARTICIPATE IN DECIDING INTERROGATORY #2**</u>

### INTERROGATORY NO. 2

If you find, by a preponderance of the evidence, that Defendant Sabrina Anderson/ Greyhound Lines, Inc. was negligent, do you also find by a preponderance of the evidence, that such negligence was a factual cause for the damages to the Plaintiff?

☒ Yes   ☐ No

- If your Answer to Interrogatory No. 2 is "No," sign the Verdict Form in favor of the Defendant Sabrina Anderson and proceed to Interrogatory No. 3.
- At least six (6) or more of the same Jurors who answered yes to Interrogatory No. 1 must agree and sign below and proceed to Interrogatory No. 3.

1. _[signature]_
2. _[signature]_
3. _[signature]_
4. _[signature]_
5. _[signature]_
6. _[signature]_
7. _[signature]_
8. _[signature]_

2

All jurors may participate in Interrogatory No. 3 regardless of their answer to either Interrogatory No. 1 or Interrogatory No. 2.

### INTERROGATORY NO. 3

Do you find, by a preponderance of the evidence, that Defendant Greyhound Lines, Inc. was independently negligent, separate and apart from Defendant Sabrina Anderson?

☑ Yes  ☐ No

- If the Answer of six (6) or more Jurors to Interrogatory No. 3 is "No," sign the Verdict Form in favor of the Defendant Greyhound Lines, Inc. and proceed to Interrogatory No. 5.

- If the Answer of six (6) or more Jurors to Interrogatory No. 3 is "Yes," sign below.

Six or more of those jurors so agreeing must sign below.

1. _____
2. [signature]
3. _____
4. [signature] Monaghan
5. [signature]
6. [signature]
7. [signature]
8. [signature]

- Proceed to Interrogatory No. 4.

3

Only those jurors who answered yes to Interrogatory No. 3 may participate in Interrogatory No. 4.

### INTERROGATORY NO. 4

If you find, by a preponderance of the evidence, that Defendant Greyhound Lines, Inc. was independently negligent, separate and apart from Defendant Sabrina Anderson, do you also find by a preponderance of the evidence, that such negligence was a factual cause of the damages to Plaintiff Mark Soberay?

☒ Yes        ☐ No

- If your Answer to Interrogatory No. 4 is "No," sign the Verdict Form in favor of the Defendant Greyhound Lines, Inc. as to independent negligence and proceed to Interrogatory No. 5.
- If your answer is "Yes," six (6) or more of the same jurors who signed Interrogatory No. 3 must agree and sign below.

1. _____  5. _[signature]_
2. _[signature]_              6. _____
3. _____  7. _[signature]_
4. _[signature]_              8. _[signature]_

If the answer of six (6) or more Jurors to Interrogatory No. 4 is "Yes," then please identify which independent acts of negligence, as identified in response to Interrogatory No. 3, were a factual cause of the damages to Plaintiff Mark Soberay?

DID NOT FOLLOW OR ENFORCE THEIR OWN RULES

- Proceed to Interrogatory No. 5.

4

All jurors shall participate in answering Interrogatory No. 5 regardless of how they answered any of the previous Interrogatories.

### INTERROGATORY NO. 5

If you have found that any of the Defendants were negligent and that such negligence was a factual cause of Plaintiff's damages, you will now be asked to state the damage award, if any, which will reasonably and fairly compensate Plaintiff.

NOTE: ALL JURORS MAY PARTICIPATE AND ANSWER THIS INTERROGATORY, REGARDLESS OF WHETHER THEY ANSWER THE PREVIOUS INTERROGATORIES.

Itemize the amount of damages, if any, sustained by the Plaintiff as a result of the accident.

(a) Past medical expenses   $1,468,790

(b) Future medical expenses, services, etc.   $3,550,000

(c) Past, present, and future pain and suffering,   $8,000,000

(d) Past, present, and future embarrassment and humiliation,   $2,500,000

(e) Past, present, and future loss of enjoyment of life   $2,500,000

(f) Past, present, and future disfigurement   $5,000,000

Total   $23,018,790

Six or more of those jurors so agreeing must sign below.

1. _____
2. [signature]
3. _____
4. [signature]
5. [signature]
6. _____
7. [signature]
8. [signature]

5