4324

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

--------------------------------x
                                :
JOSE BAUTA,                     :      14-CV-3725 (RER)
                                :
          Plaintiff,            :      United States Courthouse
                                :      Brooklyn, New York
     -against-                  :
                                :      May 31, 2018
GREYHOUND LINES INC., SABRINA   :      9:00 a.m.
ANDERSON, AKOS GUBICA, KAROLY   :
GUBICA, and CAV ENTERPRISE LLC, :
                                :
          Defendants.           :
                                :
--------------------------------x


           TRANSCRIPT OF CIVIL CAUSE FOR TRIAL
         BEFORE THE HONORABLE RAMON E. REYES
             UNITED STATES MAGISTRATE JUDGE


APPEARANCES

For the Plaintiff:      MCELFISH & ASSOCIATES, LLC
                             122 East 42nd Street - Suite 2100
                             New York, New York 10168

                        BY:  RAYMOND D. MCELFISH, ESQ.


                        WAGSTAFF & CARTMELL LLP
                             4740 Grand Avenue - Suite 300
                             Kansas City, Missouri 64112

                        BY:  JONATHAN P. KIEFFER, ESQ.



For the Defendants:     LEWIS BRISBOIS BISGAARD & SMITH LLP
                             1375 East 9th Street - Suite 1600
                             Cleveland, Ohio 44114

                        BY:  BRADLEY J. BARMEN, ESQ.
                             THOMAS P. MANNION, ESQ.
```

LAM          OCR          RPR

```
 1   APPEARANCES (Continued):

 2

 3   For the Defendants:      MARSHALL, DENNEHEY, WARNER, COLEMAN
                                & GOGGIN
 4                                800 Westchester Ave. Suite C-700
                                  Rye Brook, New York 10573
 5
                             BY:  HAROLD L. MOROKNEK, ESQ.
 6                                STEVEN B. SAAL, ESQ.

 7
                             SHAUB, AHMUTY, CITRIN & SPRATT, LLP
 8                                77 Water Street - Suite 702
                                  New York, New York 10005
 9
                             BY:  JONATHAN P. SHAUB, ESQ.
10

11
     Court Reporter:         LINDA A. MARINO, RPR
12                           225 Cadman Plaza East
                             Brooklyn, NY 10021
13                           (718) 613-2484

14

15

16

17   Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-aided transcription.
18

19

20

21

22

23

24

25
                       LAM      OCR      RPR
```

1    (In open court at 9:00 a.m. awaiting verdict of the
2 jury.)
3    (In open court at 4:15 p.m.; jury not present.)
4    (Court Exhibit 40 so marked.)
5    THE COURT:  We've received another note from the
6 jury.  It's been marked as Court Exhibit 40, today's date;
7 time, 4:09 p.m.:  Judge Reyes, one of the jurors must leave at
8 4:45 p.m.; however, we, the jurors, have not come up with a
9 verdict and will have to continue deliberations tomorrow.
10    I am going to, unless you disagree, ask them to
11 continue their deliberations until 4:45 today and they will
12 then be able to leave and come back tomorrow at 9 a.m. to
13 continue.
14    MR. MCELFISH:  Agreed.
15    (Pause in proceedings.)
16    THE COURT:  I've written the following note on their
17 note:  Please continue deliberations today until 4:45 p.m.,
18 when you may leave.  Return tomorrow at 9 a.m. to continue
19 your deliberations when all jurors are present.  Same
20 admonitions as always.  Judge Reyes.
21    MR. MCELFISH:  Agreed.
22    THE COURT:  Let's give this to them, bring it back.
23    (Pause in proceedings.)
24    THE COURT:  I hear you talking amongst yourselves
25 about collateral source, so that's probably a good time for me

1  to raise an issue with you.

2          The way I see it, the jury's verdict on compensatory

3  damages, there's about $183,000 in future damages, which is

4  below the threshold for the present value calculation and

5  structuring that's required by New York law.  C.P.L.R. 5041, I

6  believe, is the section.  So, I don't believe we need to have

7  a hearing on that or even have submissions from the

8  economists, although we will have to do a collateral source

9  hearing.

10          Do you agree or disagree or what?

11          MR. BARMEN:  Defense agrees with you, your Honor.

12          THE COURT:  Okay.  So, what I thought makes sense is

13  to, once we get a verdict on the punitive damages, is to

14  actually enter judgment promptly.  And then that would set 28

15  days in place for motions for a new trial, give you 30 days

16  for oppositions, and then from that date or somewhere in that

17  period of time have submissions on the collateral source and

18  have a collateral source hearing, unless you can agree to

19  resolve the collateral source issue.

20          So, it's a lot shorter than what the Defendants had

21  submitted previously as their schedule, but I don't see any

22  reason to delay it.  Part of my goal in having a shorter

23  schedule is I want Ardis to be able to work with me on any

24  decision and her clerkship isn't forever.

25          MR. MCELFISH:  What was the last part?

                    LAM      OCR       RPR

1         THE COURT: Her clerkship is not forever.  And she
2 has other things that she needs to do too.
3         MR. SHAUB: Jonathan Shaub for the Defendants.
4         I think the one issue might be, though, if we're
5 doing posttrial motions and we're seeking a remittitur or an
6 additur on the verdict, if we enter a judgment and then your
7 Honor grants an additur or a remittitur, whatever that is, we
8 have a judgment that's starting time to run, and, so, what are
9 we going to do then if your Honor changes that judgment?
10         It seems the best practice, to me, would be to have
11 the post trial motions decided so we know the final verdict
12 number and then we can go from there, enter a judgment.
13         THE COURT: I can enter an amend judgment if the
14 judgment changes.
15         MR. SHAUB: But then if it's added up plus $500,000,
16 then we're going to have a 50(b) issue.
17         If your Honor were to grant an additur, which we
18 don't believe that the Court should, if the Court were to
19 grant an additur and it would go above the $500,000 for
20 future, then we would have to do a 50(b) judgment at that
21 point.
22         THE COURT: So we do that.
23         MR. SHAUB: Wouldn't it be easier to do the post
24 trial motions first, get that number, and then just do one
25 single judgment?

1         THE COURT: An amended judgment is no big deal.
2         MR. SHAUB: But we would then have to do the
3    hearings on 50(b) if it goes above $500,000, and it turns into
4    a much bigger process at that point. So, the amended
5    judgment, if it went above $500,000, we'd have to agree on
6    discount rates for the future income streams and would have to
7    come back and do all of this.
8         THE COURT: Do all of what again?
9         MR. SHAUB: We'd have to come back and do the -- if
10   we couldn't agree to a discount rate, we'd have to have
11   another hearing on the issue of what the discount rate is,
12   we'd have to submit and propose 50(b) structure judgments.
13        THE COURT: We may never get there.
14        MR. SHAUB: Okay.
15        THE COURT: That might not be an issue. And if it
16   is an issue, we'll deal with it.
17        You want time to do a motion for a new trial, I get
18   that, but I don't want to wait that long. I don't want to
19   wait 120 days before I get a motion, which is what your
20   schedule was; 60 days to move, 60 days to respond.
21        MR. MCELFISH: Which we objected to.
22        MR. SHAUB: Could we agree on maybe 45 days to move,
23   30 days to respond?
24        It seems --
25        THE COURT: I can't. Civil Rule 59 says 28 days.

1          MR. SHAUB:  Once judgment is entered.

2          THE COURT:  Yes.

3          MR. SHAUB:  So, if we hold off on entering a
4 judgment, we can do a 45-day briefing schedule, 30 days to
5 reply.  We don't have the 120-day issue, we'll have one
6 judgment where we decide everything.  If we have to do a 50(b)
7 hearing, we can do it all before we enter a judgment.

8          MR. MCELFISH:  I don't want to do that.  Let's just
9 do it.

10          THE COURT:  It goes both ways.  You're going to file
11 a motion too.

12          MR. MCELFISH:  I understand.

13          THE COURT:  Careful what you wish for.

14          MR. MCELFISH:  I'm okay.

15          MR. SHAUB:  45 seems like a reasonable time, then 30
16 days opposition, and we can agree on the reply schedule.

17          THE COURT:  No replies.  I'm not dealing with
18 replies.

19          MR. SHAUB:  So, 45 days and then 30 days.  We can do
20 one judgment.  If there's a 50(b) hearing, we can address it
21 and not have to amend judgments.

22          (Pause in proceedings.)

23          THE COURT:  I'm inclined not to do that, but I'll
24 think about it.  And the only thing it would be is an
25 additional week, maybe, or I'd extend the date to enter

1    judgment.  So, you're still going to get 28 days from the date
2    of judgment to file your motions and 30 days to respond.
3             You guys have big firms.  You can do it.
4             MR. SHAUB:  Your Honor, it's more just an issue of
5    the 50(b) hearing.  It doesn't seem to make sense if we have
6    to do a judgment that would look one way and then if we have
7    to do a 50(b) judgment we're all going to have to come back,
8    do hearings, do submissions.
9             THE COURT:  I completely disagree.  All it has to do
10   with is how soon you have to file your motions for a new
11   trial.  That's all it is.  Because if we have to do a 50(b)
12   hearing later, we can do it.  We don't have to do it now.  We
13   may never have to do it.
14            But you're going to have to file your motion for a
15   new trial and you're going to have to do that sooner rather
16   than later.
17            MR. MCELFISH:  So, we have 28 days for that.
18            THE COURT:  The rule says you have 28 days from
19   entry of judgment, and the only question is whether I'm going
20   to delay entering judgment or not.
21            MR. MCELFISH:  Right.
22            THE COURT:  So, you should start working on your
23   motions now.
24            MR. MCELFISH:  Oh, yeah.
25            THE COURT:  You should be --

4332

1            MR. BARMEN:  Jamie Diamond is hard at work.

2            MR. MCELFISH:  She's in motion hell right now.

3            MR. MOROKNEK:  Judge, one other issue, if we might.

4       We gave counsel a copy of the subpoena that we
5  want -- we're hoping your Honor will sign.  We want to get an
6  updated balance on the Medicaid lien, if any.  I had my
7  paralegal find out who the entity was that was overseeing the
8  Medicaid; HMS, something.

9            I just want to know, because counsel doesn't know
10 and he hasn't been able to tell us or articulate what that
11 lien amount is from Medicaid, if any.  So, I'm hoping we can
12 give you a subpoena, you can sign it, and we can serve it and
13 get the answer to that with relevant expedience.

14           THE COURT:  I have no problem signing that, but is
15 it just one or is it two?

16           I thought it was Emblem Health, or is Emblem Health
17 a Medicaid intermediary?

18           MR. MOROKNEK:  I think they are, Judge.

19           And when she called to find out what the deal was
20 and who you send stuff do, the entity, HMS New York Casualty
21 Program, in Irving, Texas, ironically, we've been in
22 communication with them.  They have to open a case, and the
23 way they open a case is with documentation from us.  We
24 already sent them a letter, and they will give us what we
25 need, I hope, with this.

                    LAM      OCR       RPR

1            THE COURT:  So, they are going to tell you how much
2    of a lien Medicaid/Emblem Health is asserting?
3            MR. MOROKNEK:  Yes.
4            But this isn't something, by the way, you guys have
5    already done.
6            MR. MCELFISH:  By the way, I wasn't able to
7    articulate it as of three seconds ago.  I don't know what it
8    is right now, but I told you I'd be happy to look into it.
9            MR. MOROKNEK:  Again, I'm just surprised that's not
10   something you know off the top of your head.
11           MR. MCELFISH:  I'm sorry you're surprised.
12           THE COURT:  How does this effect the collateral
13   source hearing?
14           MR. MOROKNEK:  Simply put, if there is no lien,
15   there's no responsibility to repay; if there is a lien, it's
16   an issue.
17           MR. MCELFISH:  It shouldn't effect --
18           THE COURT:  Wait.  If there is no lien, there is no
19   responsibility to repay it, but there has already been a
20   payment from them, Emblem Health, to Franklin Hospital of
21   $193,000.  I think that's fair to say because that's what the
22   bill from Franklin shows.
23           MR. MOROKNEK:  Right.
24           THE COURT:  And that is a collateral source.
25           MR. MOROKNEK:  Right.

1           THE COURT:  So, Mr. Bauta was granted by this jury
2  for Franklin Hospital $193,000 in damages, but that amount was
3  paid already.
4           MR. MOROKNEK:  That's right.
5           THE COURT:  So, if Medicaid/Emblem Health is not
6  asserting a lien, that's fine, we still have to deal with the
7  collateral source issue.  So, the judgment could be reduced by
8  the $193,000 collateral source payment.
9           MR. MOROKNEK:  Understood, Judge.  I think we're
10 just being extra careful to make sure there's nothing else out
11 there.
12          THE COURT:  So, if Emblem is saying or Medicaid,
13 whatever, is saying, We have a lien for $60,000.  We've paid
14 $193,000 already, but we're only asking for $60,000, then what
15 happens?
16          Does Mr. Bautaa only get $60,000 because he's going
17 to then have to turn around and give that to Emblem Health --
18          MR. MOROKNEK:  Maybe.
19          THE COURT:  -- and 133 was --
20          MR. MOROKNEK:  193 minus the 60.
21          THE COURT:  -- forgiven.
22          MR. MOROKNEK:  Maybe.  I'm not sure, Judge, but
23 maybe.
24          THE COURT:  All right.
25          So, you need me to sign that?

                     LAM      OCR      RPR

| | |
|---|---|
| 1 | MR. MOROKNEK: If you would be so kind. |
| 2 | MR. MCELFISH: Can I just get a copy of what they |
| 3 | get? I mean a copy of the records. |
| 4 | THE COURT: Unsigned will go on to the docket sheet |
| 5 | and they will get the signed copy. |
| 6 | THE COURTROOM DEPUTY: Yes. |
| 7 | MR. MOROKNEK: Your Honor, Steven just handed me one |
| 8 | for the Franklin Hospital Medical Center of North Shore to |
| 9 | make sure no payments were there obligated to be paid, so I'm |
| 10 | going to ask you to sign that one as well. |
| 11 | Ray has already seen this. |
| 12 | MR. MCELFISH: As long as I get a copy of the |
| 13 | records they get back. |
| 14 | MR. BARMEN: Of course. |
| 15 | MR. MCELFISH: Which I didn't sometimes yet. |
| 16 | MR. MOROKNEK: Really? |
| 17 | MR. BARMEN: I'm waiting patiently. |
| 18 | MR. MOROKNEK: Really? |
| 19 | Thank you, your Honor. |
| 20 | THE COURT: Let's make a copy for Mr. McElfish too. |
| 21 | Mr. Barmen. |
| 22 | MR. BARMEN: Thank you. |
| 23 | Yesterday during Mr. McElfish's summation, at Page |
| 24 | 4289 of the transcript, Mr. McElfish made a representation, I |
| 25 | objected, you sustained the objection. I then moved to |

1   strike, and there was no ruling on the move to strike.

2   I realized that when I was reading the transcript
3   earlier today.

4   THE COURT:  What was the representation?

5   MR. BARMEN:  Mr. McElfish stated:  To try and
6   somehow convince you that Greyhound's management fatigue
7   programs aren't inadequate so they shouldn't be held to a
8   punitive damages -- held to punitive damages and that's
9   already decided.

10  I then objected, your Honor sustain the objection,
11  and I then moved to strike.  And there was no ruling on the
12  move to strike.

13  I have it up.  I can show it to you.

14  THE COURT:  It's what page?

15  MR. BARMEN:  4289 of the transcript.

16  THE COURTROOM DEPUTY:  What day?

17  MR. BARMEN:  Yesterday.

18  It's the reference to the fatigue management program
19  not being inadequate having been already decided.

20  THE COURT:  I'll grant the motion to strike "and
21  that's already decided."

22  MR. BARMEN:  Thank you, your Honor.

23  THE COURT:  The longer I stay here, the more issues
24  you'll come up with, so I'm getting out of here.

25  MR. MCELFISH:  You should get out of here.

LAM          OCR          RPR

```
 1            THE COURT:  They have ten more minutes.  Let's see
 2   if they come back with something.  Probably not.
 3            (Court in recess awaiting verdict of the jury.)
 4            (In open court at 4:45 p.m.; jury not present.)
 5            THE COURTROOM DEPUTY:  The CSO has confirmed the
 6   jurors have all left for the day.
 7
 8            (Matter adjourned until Friday, June 1, 2018, at
 9   9 a.m.)
10
11                          *  *  *  *  *
12
13                         E X H I B I T S
14
15                  Court 1      Page 4258
16
17                          *  *  *  *  *
18
19
20
21
22
23
24
25
                      LAM       OCR       RPR
```

## $

$183,000 [1]   4327/3
$193,000 [4]   4333/21
 4334/2 4334/8 4334/14
$500,000 [4]   4328/15
 4328/19 4329/3 4329/5
$60,000 [3]   4334/13
 4334/14 4334/16

## -

---------------------------
 4324/2 4324/9
-against [1]   4324/5

## 1

10005 [1]   4325/8
10021 [1]   4325/12
10168 [1]   4324/16
10573 [1]   4325/4
120 [1]   4329/19
120-day [1]   4330/5
122 [1]   4324/15
133 [1]   4334/19
1375 [1]   4324/23
14-CV-3725 [1]   4324/3
1600 [1]   4324/23
193 [1]   4334/20

## 2

2018 [2]   4324/6 4337/8
2100 [1]   4324/15
225 [1]   4325/12
2484 [1]   4325/13
28 [5]   4327/14 4329/25
 4331/1 4331/17 4331/18

## 3

30 [6]   4327/15 4329/23
 4330/4 4330/15 4330/19
 4331/2
300 [1]   4324/19
31 [1]   4324/6
3725 [1]   4324/3

## 4

40 [2]   4326/4 4326/6
4258 [1]   4337/15
4289 [2]   4335/24 4336/15
42nd [1]   4324/15
44114 [1]   4324/23
45 [3]   4329/22 4330/15
 4330/19
45-day [1]   4330/4
4740 [1]   4324/19
4:09 p.m [1]   4326/7
4:15 [1]   4326/3
4:45 [2]   4326/11 4337/4
4:45 p.m [2]   4326/8
 4326/17

## 5

50 [9]   4328/16 4328/20
 4329/3 4329/12 4330/6
 4330/20 4331/5 4331/7
 4331/11
5041 [1]   4327/5
59 [1]   4329/25

## 6

60 [3]   4329/20 4329/20
 4334/20
613-2484 [1]   4325/13
64112 [1]   4324/19

## 7

700 [1]   4325/4
702 [1]   4325/8
718 [1]   4325/13
77 [1]   4325/8

## 8

800 [1]   4325/4

## 9

9 a.m [2]   4326/12 4326/18
 4337/9
9:00 [2]   4324/6 4326/1
9th [1]   4324/23

## A

a.m [5]   4324/6 4326/1
 4326/12 4326/18 4337/9
able [4]   4326/12 4327/23
 4332/10 4333/6
about [3]   4326/25 4327/3
 4330/24
above [3]   4328/19 4329/3
 4329/5
actually [1]   4327/14
added [1]   4328/15
additional [1]   4330/25
additur [4]   4328/6 4328/7
 4328/17 4328/19
address [1]   4330/20
adjourned [1]   4337/8
admonitions [1]   4326/20
again [2]   4329/8 4333/9
against [1]   4324/5
ago [1]   4333/7
agree [6]   4327/10 4327/18
 4329/5 4329/10 4329/22
 4330/16
Agreed [2]   4326/14 4326/21
agrees [1]   4327/11
AHMUTY [1]   4325/7
aided [1]   4325/17
AKOS [1]   4324/7
all [9]   4326/19 4329/7
 4329/8 4330/7 4331/7
 4331/9 4331/11 4334/24
 4337/6
already [9]   4332/24 4333/5
 4333/19 4334/3 4334/14
 4335/11 4336/9 4336/19
 4336/21
although [1]   4327/8
always [1]   4326/20
am [1]   4326/10
amend [2]   4328/13 4330/21
amended [2]   4329/1 4329/4
amongst [1]   4326/24
amount [2]   4332/11 4334/2
ANDERSON [1]   4324/7
another [2]   4326/5 4329/11
answer [1]   4332/13
any [4]   4327/21 4327/23
 4332/6 4332/11
APPEARANCES [2]   4324/13
 4325/1
Ardis [1]   4327/23
are [4]   4326/19 4328/8
 4332/18 4333/1
aren't [1]   4336/7
around [1]   4334/17
articulate [2]   4332/10
 4333/7

as [7]   4326/6 4326/20
 4327/21 4333/7 4335/20
 4335/12 4335/12
ask [2]   4326/10 4335/10
asking [1]   4334/14
asserting [2]   4333/2
 4334/6
ASSOCIATES [1]   4324/15
at [11]   4326/1 4326/3
 4326/7 4326/12 4326/18
 4328/20 4329/4 4332/1
 4335/23 4337/4 4337/8
Ave [1]   4325/4
Avenue [1]   4324/19
awaiting [2]   4326/1 4337/3

## B

back [7]   4326/12 4326/22
 4329/7 4329/9 4331/7
 4335/13 4337/2
balance [1]   4332/6
BARMEN [2]   4324/24 4335/21
BAUTA [2]   4324/3 4334/1
Bautaa [1]   4334/16
be [13]   4326/12 4327/23
 4328/4 4328/10 4328/23
 4329/15 4330/24 4331/25
 4333/8 4334/7 4335/1
 4335/9 4336/7
because [4]   4331/11 4332/9
 4333/21 4334/16
been [5]   4326/6 4332/10
 4332/21 4333/19 4336/19
before [3]   4324/11 4329/19
 4330/7
being [2]   4334/10 4336/19
believe [3]   4327/6 4327/6
 4328/18
below [1]   4327/4
best [1]   4328/10
big [2]   4329/1 4331/3
bigger [1]   4329/4
bill [1]   4333/22
BISGAARD [1]   4324/22
both [1]   4330/10
BRADLEY [1]   4324/24
briefing [1]   4330/4
bring [1]   4326/22
BRISBOIS [1]   4324/22
Brook [1]   4325/4
Brooklyn [2]   4324/5
 4325/12
but [13]   4327/21 4328/15
 4329/2 4329/18 4330/23
 4331/14 4332/14 4333/4
 4333/8 4333/19 4334/2
 4334/14 4334/22

## C

C-700 [1]   4325/4
C.P.L.R [1]   4327/5
Cadman [1]   4325/12
calculation [1]   4327/4
called [1]   4332/19
can [15]
can't [1]   4329/25
careful [2]   4330/13
 4334/10
CARTMELL [1]   4324/18
case [2]   4332/22 4332/23
Casualty [1]   4332/20
CAUSE [1]   4324/11
CAV [1]   4324/7

## C

Center [1]   4335/8
changes [2]   4328/9 4328/14
CITRIN [1]   4325/7
City [1]   4324/19
CIVIL [2]   4324/11 4329/25
clerkship [2]   4327/24
 4328/1
Cleveland [1]   4324/23
COLEMAN [1]   4325/3
collateral [9]   4326/25
 4327/8 4327/17 4327/18
 4327/19 4333/12 4333/24
 4334/7 4334/8
come [7]   4326/8 4326/12
 4329/7 4329/9 4331/7
 4336/24 4337/2
communication [1]   4332/22
compensatory [1]   4327/2
completely [1]   4331/9
computer [1]   4325/17
computer-aided [1]   4325/17
confirmed [1]   4337/5
continue [5]   4326/9
 4326/11 4326/13 4326/17
 4326/18
Continued [1]   4325/1
convince [1]   4336/6
copy [6]   4332/4 4335/2
 4335/3 4335/5 4335/12
 4335/20
could [2]   4329/22 4334/7
couldn't [1]   4329/10
counsel [2]   4332/4 4332/9
course [1]   4335/14
court [11]   4324/1 4325/11
 4326/1 4326/3 4326/4
 4326/6 4328/18 4328/18
 4337/3 4337/4 4337/15
Courthouse [1]   4324/4
CSO [1]   4337/5
CV [1]   4324/3

## D

damages [6]   4327/3 4327/3
 4327/13 4334/2 4336/8
 4336/8
date [4]   4326/6 4327/16
 4330/25 4331/1
day [4]   4330/4 4330/5
 4336/16 4337/6
days [16]
deal [4]   4329/1 4329/16
 4332/19 4334/6
dealing [1]   4330/17
decide [1]   4330/6
decided [4]   4328/11 4336/9
 4336/19 4336/21
decision [1]   4327/24
Defendants [5]   4324/8
 4324/22 4325/3 4327/20
 4328/3
Defense [1]   4327/11
delay [2]   4327/22 4331/20
deliberations [4]   4326/9
 4326/11 4326/17 4326/19
DENNEHEY [1]   4325/3
Diamond [1]   4332/1
didn't [1]   4335/15
disagree [3]   4326/10
 4327/10 4331/9
discount [3]   4329/6

4329/10 4329/11
DISTRICT [2]   4324/1 4324/1
do [32]
docket [1]   4335/4
documentation [1]   4332/23
does [2]   4333/12 4334/16
doesn't [2]   4331/5 4332/9
doing [1]   4328/5
don't [9]   4327/6 4327/21
 4328/18 4329/18 4329/18
 4330/5 4330/8 4331/12
 4333/7
done [1]   4333/5
during [1]   4335/23

## E

earlier [1]   4336/3
easier [1]   4328/23
East [3]   4324/15 4324/23
 4325/12
EASTERN [1]   4324/1
economists [1]   4327/8
effect [2]   4333/12 4333/17
else [1]   4334/10
Emblem [7]   4332/16 4332/16
 4333/2 4333/20 4334/5
 4334/12 4334/17
enter [6]   4327/14 4328/6
 4328/12 4328/13 4330/7
 4330/25
entered [1]   4330/1
entering [2]   4330/3
 4331/20
ENTERPRISE [1]   4324/7
entity [2]   4332/7 4332/20
entry [1]   4331/19
ESQ [7]   4324/17 4324/20
 4324/24 4324/25 4325/5
 4325/6 4325/9
even [1]   4327/7
everything [1]   4330/6
Exhibit [2]   4326/4 4326/6
expedience [1]   4332/13
extend [1]   4330/25
extra [1]   4334/10

## F

fair [1]   4333/21
fatigue [2]   4336/6 4336/18
file [4]   4330/10 4331/2
 4331/10 4331/14
final [1]   4328/11
find [2]   4332/7 4332/19
fine [1]   4334/6
firms [1]   4331/3
first [1]   4328/24
following [1]   4326/16
forever [2]   4327/24 4328/1
forgiven [1]   4334/21
Franklin [4]   4333/20
 4333/22 4334/2 4335/8
Friday [1]   4337/8
future [3]   4327/3 4328/20
 4329/6

## G

gave [1]   4332/4
get [15]
getting [1]   4336/24
give [5]   4326/22 4327/15
 4332/12 4332/24 4334/17
go [3]   4328/12 4328/19
 4335/4

goal [1]   4327/22
goes [2]   4329/3 4330/10
GOGGIN [1]   4325/3
going [12]   4326/10 4328/9
 4328/16 4330/10 4331/1
 4331/7 4331/14 4331/15
 4331/19 4333/1 4334/16
 4335/10
good [1]   4326/25
Grand [1]   4324/19
grant [3]   4328/17 4328/19
 4336/20
granted [1]   4334/1
grants [1]   4328/7
GREYHOUND [1]   4324/6
Greyhound's [1]   4336/6
GUBICA [2]   4324/7 4324/7
guys [2]   4331/3 4333/4

## H

had [2]   4327/20 4332/6
handed [1]   4335/7
happens [1]   4334/15
happy [1]   4333/8
hard [1]   4332/1
HAROLD [1]   4325/5
has [5]   4328/2 4331/9
 4333/19 4335/11 4337/5
hasn't [1]   4332/10
have [43]
having [2]   4327/22 4336/19
he [1]   4332/10
he's [1]   4334/16
head [1]   4333/10
Health [6]   4332/16 4332/16
 4333/2 4333/20 4334/5
 4334/17
hear [1]   4326/24
hearing [9]   4327/7 4327/9
 4327/18 4329/11 4330/7
 4330/20 4331/5 4331/12
 4333/13
hearings [2]   4329/3 4331/8
held [2]   4336/7 4336/8
hell [1]   4332/2
her [2]   4327/24 4328/1
here [3]   4336/23 4336/24
 4336/25
HMS [2]   4332/8 4332/20
hold [1]   4330/3
Honor [10]   4327/11 4328/7
 4328/9 4328/17 4331/4
 4332/5 4335/7 4335/19
 4336/10 4336/22
HONORABLE [1]   4324/11
hope [1]   4332/25
hoping [2]   4332/5 4332/11
Hospital [3]   4333/20
 4334/2 4335/8
how [3]   4331/10 4333/1
 4333/12
however [1]   4326/8

## I

I'd [2]   4330/25 4333/8
I'll [2]   4330/23 4336/20
I'm [11]   4330/14 4330/17
 4330/23 4331/19 4332/11
 4333/9 4333/11 4334/22
 4335/9 4335/17 4336/24
I've [1]   4326/16
if [27]
in [15]

| | | |
|---|---|---|
| **I**<br>inadequate [2] 4336/7 4336/19<br>INC [1] 4324/6<br>inclined [1] 4330/23<br>income [1] 4329/6<br>intermediary [1] 4332/17<br>into [2] 4329/3 4333/8<br>ironically [1] 4332/21<br>Irving [1] 4332/21<br>is [32]<br>isn't [2] 4327/24 4333/4<br>issue [12] 4327/1 4327/19 4328/4 4328/16 4329/11 4329/15 4329/16 4330/5 4331/4 4332/3 4333/16 4334/7<br>issues [1] 4336/23<br>it [37]<br>it's [7] 4326/6 4327/20 4328/15 4331/4 4333/15 4336/14 4336/18<br>**J**<br>Jamie [1] 4332/1<br>JONATHAN [3] 4324/20 4325/9 4328/3<br>JOSE [1] 4324/3<br>JUDGE [7] 4324/12 4326/7 4326/20 4332/3 4332/18 4334/9 4334/22<br>judgment [23]<br>judgments [2] 4329/12 4330/21<br>June [1] 4337/8<br>June 1 [1] 4337/8<br>jurors [4] 4326/7 4326/8 4326/19 4337/6<br>jury [6] 4326/2 4326/3 4326/6 4334/1 4337/3 4337/4<br>jury's [1] 4327/2<br>just [9] 4328/24 4330/8 4331/4 4332/9 4332/15 4333/9 4334/10 4335/2 4335/7<br>**K**<br>Kansas [1] 4324/19<br>KAROLY [1] 4324/7<br>KIEFFER [1] 4324/20<br>kind [1] 4335/1<br>know [5] 4328/11 4332/9 4332/9 4333/7 4333/10<br>**L**<br>last [1] 4327/25<br>later [2] 4331/12 4331/16<br>law [1] 4327/5<br>leave [3] 4326/7 4326/12 4326/18<br>left [1] 4337/6<br>Let's [4] 4326/22 4330/8 4335/20 4337/1<br>letter [1] 4332/24<br>LEWIS [1] 4324/22<br>lien [8] 4332/6 4332/11 4333/2 4333/14 4333/15 4333/18 4334/6 4334/13<br>like [1] 4330/15<br>LINDA [1] 4325/11<br>LINES [1] 4324/6 | LLC [2] 4324/7 4324/15<br>LLP [3] 4324/18 4324/22 4325/7<br>long [2] 4329/18 4335/12<br>longer [1] 4336/23<br>look [2] 4331/6 4333/8<br>lot [1] 4327/20<br>**M**<br>made [1] 4335/24<br>MAGISTRATE [1] 4324/12<br>make [4] 4331/5 4334/10 4335/9 4335/20<br>makes [1] 4327/12<br>management [2] 4336/6 4336/18<br>MANNION [1] 4324/25<br>MARINO [1] 4325/11<br>marked [2] 4326/4 4326/6<br>MARSHALL [1] 4325/3<br>Matter [1] 4337/8<br>may [4] 4324/6 4326/18 4329/13 4331/13<br>maybe [5] 4329/22 4330/25 4334/18 4334/22 4334/23<br>MCELFISH [5] 4324/15 4324/17 4335/20 4335/24 4336/5<br>McElfish's [1] 4335/23<br>me [5] 4326/25 4327/23 4328/10 4334/25 4335/7<br>mean [1] 4335/3<br>mechanical [1] 4325/17<br>Medicaid [7] 4332/6 4332/8 4332/11 4332/17 4333/2 4334/5 4334/12<br>Medicaid/Emblem [2] 4333/2 4334/5<br>Medical [1] 4335/8<br>might [3] 4328/4 4329/15 4332/3<br>minus [1] 4334/20<br>minutes [1] 4337/1<br>Missouri [1] 4324/19<br>more [3] 4331/4 4336/23 4337/1<br>MOROKNEK [1] 4325/5<br>motion [6] 4329/17 4329/19 4330/11 4331/14 4332/2 4336/20<br>motions [7] 4327/15 4328/5 4328/11 4328/24 4331/2 4331/10 4331/23<br>move [4] 4329/20 4329/22 4336/1 4336/12<br>moved [2] 4335/25 4336/11<br>Mr [1] 4336/5<br>Mr. [6] 4334/1 4334/16 4335/20 4335/21 4335/23 4335/24<br>Mr. Barmen [1] 4335/21<br>Mr. Bauta [1] 4334/1<br>Mr. Bautaa [1] 4334/16<br>Mr. McElfish [2] 4335/20 4335/24<br>Mr. McElfish's [1] 4335/23<br>much [2] 4329/4 4333/1<br>must [1] 4326/7<br>my [2] 4327/22 4332/6<br>**N**<br>need [3] 4327/6 4332/25 4334/25 | needs [1] 4328/2<br>never [2] 4329/12 4331/18<br>new [13] 4324/1 4324/5 4324/16 4324/16 4325/4 4325/8 4325/8 4327/5 4327/15 4329/17 4331/10 4331/15 4332/20<br>no [10] 4329/1 4330/17 4332/14 4333/14 4333/15 4333/18 4333/18 4335/9 4336/1 4336/11<br>North [1] 4335/8<br>not [14] 4326/3 4326/8 4328/2 4329/15 4330/17 4330/21 4330/23 4331/20 4333/9 4334/5 4334/22 4336/19 4337/2 4337/4<br>note [3] 4326/5 4326/16 4326/17<br>nothing [1] 4334/10<br>now [4] 4331/12 4331/23 4332/2 4333/8<br>number [2] 4328/12 4328/24<br>NY [1] 4325/12<br>**O**<br>objected [3] 4329/21 4335/25 4336/10<br>objection [2] 4335/25 4336/10<br>obligated [1] 4335/9<br>off [2] 4330/3 4333/10<br>Oh [1] 4331/24<br>Ohio [1] 4324/23<br>okay [3] 4327/12 4329/14 4330/14<br>on [18]<br>once [2] 4327/13 4330/1<br>one [10] 4326/7 4328/4 4328/24 4330/5 4330/20 4331/6 4332/3 4332/15 4335/7 4335/10<br>only [4] 4330/24 4331/19 4334/14 4334/16<br>open [5] 4326/1 4326/3 4332/22 4332/23 4337/4<br>opposition [1] 4330/16<br>oppositions [1] 4327/16<br>or [12] 4327/7 4327/10 4327/10 4327/16 4328/5 4328/7 4330/25 4331/20 4332/10 4332/15 4332/16 4334/12<br>other [2] 4328/2 4332/3<br>out [5] 4332/7 4332/19 4334/10 4336/24 4336/25<br>overseeing [1] 4332/7<br>**P**<br>p.m [5] 4326/3 4326/7 4326/8 4326/17 4337/4<br>page [3] 4335/23 4336/14 4337/15<br>paid [2] 4334/3 4334/13 4335/9<br>paralegal [1] 4332/7<br>part [2] 4327/22 4327/25<br>patiently [1] 4335/17<br>Pause [3] 4326/15 4326/23 4330/22<br>payment [2] 4333/20 4334/8<br>payments [1] 4335/9<br>period [1] 4327/17 |

**P**
place [1]   4327/15
Plaintiff [2]   4324/4
 4324/15
Plaza [1]   4325/12
Please [1]   4326/17
plus [1]   4328/15
point [2]   4328/21 4329/4
post [2]   4328/11 4328/23
posttrial [1]   4328/5
practice [1]   4328/10
present [4]   4326/3 4326/19
 4327/4 4337/4
previously [1]   4327/21
probably [2]   4326/25
 4337/2
problem [1]   4332/14
proceedings [4]   4325/17
 4326/15 4326/23 4330/22
process [1]   4329/4
produced [1]   4325/17
program [2]   4332/21
 4336/18
programs [1]   4336/7
promptly [1]   4327/14
propose [1]   4329/12
punitive [3]   4327/13
 4336/8 4336/8
put [1]   4333/14

**Q**
question [1]   4331/19

**R**
raise [1]   4327/1
RAMON [1]   4324/11
rate [2]   4329/10 4329/11
rates [1]   4329/6
rather [1]   4331/15
Ray [1]   4335/11
RAYMOND [1]   4324/17
reading [1]   4336/2
realized [1]   4336/2
Really [2]   4335/16 4335/18
reason [1]   4327/22
reasonable [1]   4330/15
received [1]   4326/5
recess [1]   4337/3
recorded [1]   4325/17
records [2]   4335/3 4335/13
reduced [1]   4334/7
reference [1]   4336/18
relevant [1]   4332/13
remittitur [2]   4328/5
 4328/7
repay [2]   4333/15 4333/19
replies [2]   4330/17
 4330/18
reply [2]   4330/5 4330/16
Reporter [1]   4325/11
representation [2]   4335/24
 4336/4
required [1]   4327/5
RER [1]   4324/3
resolve [1]   4327/19
respond [3]   4329/20
 4329/23 4331/2
responsibility [2]   4333/15
 4333/19
Return [1]   4326/18
REYES [3]   4324/11 4326/7
 4326/20

right [7]   4331/21 4332/2
 4333/8 4333/13 4334/1
 4334/4 4334/24
RPR [1]   4325/11
rule [2]   4329/25 4331/18
ruling [2]   4336/1 4336/11
run [1]   4328/8
Rye [1]   4325/4

**S**
SAAL [1]   4325/6
SABRINA [1]   4324/6
Same [1]   4326/19
say [1]   4333/21
saying [2]   4334/12 4334/13
says [2]   4329/25 4331/18
schedule [5]   4327/21
 4327/23 4329/20 4330/4
 4330/16
seconds [1]   4333/7
section [1]   4327/6
see [3]   4327/2 4327/21
 4337/1
seeking [1]   4328/5
seem [1]   4331/5
seems [3]   4328/10 4329/24
 4330/15
seen [1]   4335/11
send [1]   4332/20
sense [2]   4327/12 4331/5
sent [1]   4332/24
serve [1]   4332/12
set [1]   4327/14
SHAUB [3]   4325/7 4325/9
 4328/3
she [3]   4328/1 4328/2
 4332/19
She's [1]   4332/2
sheet [1]   4335/4
Shore [1]   4335/8
shorter [2]   4327/20
 4327/22
should [4]   4328/18 4331/22
 4331/25 4336/25
shouldn't [2]   4333/17
 4336/7
show [1]   4336/13
shows [1]   4333/22
sign [4]   4332/5 4332/12
 4334/25 4335/10
signed [1]   4335/5
signing [1]   4332/14
Simply [1]   4333/14
single [1]   4328/25
SMITH [1]   4324/22
so [25]
somehow [1]   4336/6
something [4]   4332/8
 4333/4 4333/10 4337/2
sometimes [1]   4335/15
somewhere [1]   4327/16
soon [1]   4331/10
sooner [1]   4331/15
sorry [1]   4333/11
source [9]   4326/25 4327/8
 4327/17 4327/18 4327/19
 4333/13 4333/24 4334/7
 4334/8
SPRATT [1]   4325/7
start [1]   4331/22
starting [1]   4328/8
stated [1]   4336/5
STATES [3]   4324/1 4324/4

stay [1]   4336/25
 4324/12
stenography [1]   4325/17
STEVEN [2]   4325/6 4335/7
still [2]   4331/1 4334/6
streams [1]   4329/6
Street [3]   4324/15 4324/23
 4325/8
strike [5]   4336/1 4336/1
 4336/11 4336/12 4336/20
structure [1]   4329/12
structuring [1]   4327/5
stuff [1]   4332/20
submissions [3]   4327/7
 4327/17 4331/8
submit [1]   4329/12
submitted [1]   4327/21
subpoena [2]   4332/4
 4332/12
Suite [5]   4324/15 4324/19
 4324/23 4325/4 4325/8
summation [1]   4335/23
sure [3]   4334/10 4334/22
 4335/9
surprised [2]   4333/9
 4333/11
sustain [1]   4336/10
sustained [1]   4335/25

**T**
talking [1]   4326/24
tell [2]   4332/10 4333/1
ten [1]   4337/1
Texas [1]   4332/21
than [2]   4327/20 4331/16
Thank [3]   4335/19 4335/22
 4336/22
that [32]
that's [11]   4326/25 4327/5
 4328/8 4331/11 4333/9
 4333/21 4333/21 4334/4
 4334/6 4336/8 4336/21
their [3]   4326/11 4326/16
 4327/21
them [5]   4326/10 4326/22
 4332/22 4332/24 4333/20
then [19]
there [11]   4328/12 4329/13
 4333/14 4333/15 4333/18
 4333/18 4333/19 4334/11
 4335/9 4336/1 4336/11
there's [4]   4327/3 4330/20
 4333/15 4334/10
they [12]   4326/11 4332/18
 4332/22 4332/23 4332/24
 4333/1 4335/2 4335/5
 4335/13 4336/7 4337/1
 4337/2
thing [1]   4330/24
things [1]   4328/2
think [5]   4328/4 4330/24
 4332/18 4333/21 4334/9
this [7]   4326/22 4329/7
 4332/25 4333/4 4333/12
 4334/1 4335/11
THOMAS [1]   4324/25
though [1]   4328/4
thought [2]   4327/12
 4332/16
three [1]   4333/7
threshold [1]   4327/4
time [6]   4326/7 4326/25
 4327/17 4328/8 4329/17

**T**
time... [1] 4330/15
today [3] 4326/11 4326/17 4336/3
today's [1] 4326/6
told [1] 4333/8
tomorrow [3] 4326/9 4326/12 4326/18
too [3] 4328/2 4330/11 4335/20
top [1] 4333/10
transcript [5] 4324/11 4325/17 4335/24 4336/2 4336/15
transcription [1] 4325/17
trial [7] 4324/11 4327/15 4328/11 4328/24 4329/17 4331/11 4331/15
try [1] 4336/5
turn [1] 4334/17
turns [1] 4329/3
two [1] 4332/15

**U**
understand [1] 4330/12
Understood [1] 4334/9
UNITED [3] 4324/1 4324/4 4324/12
unless [2] 4326/10 4327/18
Unsigned [1] 4335/4
until [3] 4326/11 4326/17 4337/8
up [4] 4326/8 4328/15 4336/13 4336/24
updated [1] 4332/6
us [3] 4332/10 4332/23 4332/24

**V**
value [1] 4327/4
verdict [7] 4326/1 4326/9 4327/2 4327/13 4328/6 4328/11 4337/3

**W**
WAGSTAFF [1] 4324/18
wait [3] 4329/18 4329/19 4333/18
waiting [1] 4335/17
want [8] 4327/23 4329/17 4329/18 4329/18 4330/8 4332/5 4332/5 4332/9
WARNER [1] 4325/3
was [13] 4327/25 4329/20 4332/7 4332/7 4332/16 4332/19 4334/1 4334/2 4334/19 4336/1 4336/2 4336/4 4336/11
wasn't [1] 4333/6
Water [1] 4325/8
way [5] 4327/2 4331/6 4332/23 4333/4 4333/6
ways [1] 4330/10
we [44]
we'd [4] 4329/5 4329/9 4329/10 4329/12
we'll [2] 4329/16 4330/5
we're [7] 4328/4 4328/5 4328/16 4331/7 4332/5 4334/9 4334/14
we've [3] 4326/5 4332/21 4334/13
week [1] 4330/25
well [1] 4335/10
went [1] 4329/5
were [3] 4328/17 4328/18 4335/9
Westchester [1] 4325/4
what [19]
whatever [2] 4328/7 4334/13
when [4] 4326/18 4326/19 4332/19 4336/2
where [1] 4330/6
whether [1] 4331/19
which [5] 4327/3 4328/17 4329/19 4329/21 4335/15
who [2] 4332/7 4332/20
will [7] 4326/9 4326/11 4327/8 4332/5 4332/24 4335/4 4335/5
wish [1] 4330/13
work [2] 4327/23 4332/1
working [1] 4331/22
would [9] 4327/14 4328/10 4328/19 4328/20 4329/2 4329/6 4330/24 4331/6 4335/1
Wouldn't [1] 4328/23
written [1] 4326/16

**Y**
yeah [1] 4331/24
Yes [3] 4330/2 4333/3 4335/6
Yesterday [2] 4335/23 4336/17
yet [1] 4335/15
YORK [9] 4324/1 4324/5 4324/16 4324/16 4325/4 4325/8 4325/8 4327/5 4332/20
you [33]
you'll [1] 4336/24
you're [5] 4330/10 4331/1 4331/14 4331/15 4333/11
your [17]
yourselves [1] 4326/24