UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF THE STATE OF NEW YORK
------------------------------------------------------------------------X

JOSE BAUTA,                                           Docket No.: 14-3725 (FB) (RER)

                        Plaintiff,

      -against-

GREYHOUND LINES, INC., SABRINA ANDERSON,
AKOS GUBICA, KAROLY GUBICA, CAV ENTERPRISES,
LLC, FIRSTGROUP AMERICA, INC. and FIRSTGROUP
PLC.,

                        Defendants.
------------------------------------------------------------------------X

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JOSE BAUTA and defendants GREYHOUND LINES, INC. and SABRINA ANDERSON, by and through their attorneys, jointly submit this Stipulation of Dismissal of this action with prejudice, with each party to bear its own costs, fees, and expenses. The parties request the Clerk of the Court now close this case.

**IT IS HEREBY STIPULATED AND AGREED**, that the United States District Court for the Eastern District of the State of New York, and the Honorable Ramon E. Reyes will maintain jurisdiction over this mater solely to enforce the terms of this Stipulation, if necessary.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may signed in counterparts, and signatures transmitted by facsimile, email, or other electronic means shall have the same force and effect as original signatures.

LEGAL/132748600.v1

Dated: Cleveland, Ohio
       September 16, 2020

**McELFISH LAW FIRM**

Raymond D. McElfish, Esq.
*Attorneys for Plaintiff*
1112 N. Sherbourne Drive
West Hollywood, CA 90069
Telephone: (310)-659-4900

**LEWIS BRISBOIS BISGAARD
& SMITH, LLP**

By: Bradley J. Barmen, Esq. (0076515)
*Attorneys for Defendants*
***Greyhound Lines, Inc. and
Sabrina Anderson***
1375 East 9th Street, Suite 1600
Cleveland, Ohio  44114
Telephone: (216) 344-9422
Fax: (216) 344-9421

**AKOS GUBICA, KAROLY GUBICA,
CAV ENTERPRISES, FIRSTGROUP
AMERICA, INC. and FIRSTGROUP PLC
PREVIOUSLY DISMISSED FROM ACTION
PURSUANT TO MOTIONS**

2